**DENIED**; Order issued December 21, 2012.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00651-CV

## LINDA YOUNG, Appellant

## V.

## GOLFING GREEN HOMEOWNERS ASSOCIATION, INC., Appellee

# O R D E R

Based on the Court's opinion of this date, we **DENY** as moot appellee Golfing Green

Homeowners Association, Inc.'s October 10, 2012 motion to dismiss for want of jurisdiction.

ROBERT M. FILLMORE
JUSTICE